UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RITE AID SERVICES, LLC,

       Plaintiff,                          Case No. 17-cv-10870
                                                   Hon. Matthew F. Leitman

-vs-

INTERNATIONAL BROTHERHOOD
OF TEAMSTERS, LOCAL UNION NO. 614,

       Defendant.
_____/

## ORDER GRANTING SECOND MOTION
## TO HOLD CASE IN ABEYANCE (ECF #7)

**IT IS HEREBY ORDERED** that this matter is held in Abeyance until the pending case of Rite Aid Services vs. International Brotherhood of Teamsters, Local 614, (5:16-CV-12751) is resolved.

                                                 s/Matthew F. Leitman
                                                 MATTHEW F. LEITMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: April 21, 2017

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 21, 2017, by electronic means and/or ordinary mail.

                                                 s/Holly A. Monda
                                               Case Manager
                                               (313) 234-5113